6/13/2020
George Metz
6787 SE 125th st. #34
Belleview Fl. 34420
352-446-8145

FILED

2020 JUL -1  PM 2: 41

FT MYERS FLORIDA

Judge Sheri Polster Chappell,

       Your Honor, if it pleases the court I would like to remark upon my untimeliness in getting my summons sent out. Shortly after having filed this case, around the begin of March, we heard of the corona virus. Being that the virus was prominent in older folks and due to the fact that we live almost on top of the villages, we decided it was best to head up north to wait out the virus. We left on a moment's notice and I was left without any of my documents, files and such. We stayed outside a small town in Indiana called Monroeville, and had no internet access save for our phones, with no printer or any of my files. My job just recently opened back up in May but my first day back was not until this past Sunday. As soon as I returned home, I typed up and sent the summons to the clerk for the stamp, I have received the summons yesterday, and plan to have them served this week. However I shall wait to hear back from you if I need to refile. Please forgive my tardiness as not a lack of trying on my behalf, but the unexpected going on in our society today. Thank you for your understanding on this matter as I know it has affected everyone. God Bless you.

                                            Sincerely,